UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No.:  0:12-cv-62552-JAL

MALINDA GRIFFIN

        Plaintiff,

v.

COMCAST COMMUNICATIONS, INC. and
STELLAR RECOVERY, INC.

        Defendants.
_____/

## DEFENDANT, STELLAR RECOVERY, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant, STELLAR RECOVERY, INC. (hereinafter referred to as "Defendant" or "STELLAR"), by and through its undersigned counsel, and hereby file its Answer and Affirmative Defenses to Plaintiff's Complaint and herein states as follows:

1.    Admitted for the purposes of claims identification only; otherwise denied;

2.    Admitted for the purposes of claims identification only; otherwise denied;

3.    Denied; Defendant demands strict proof thereof;

## TRIAL BY JURY

4.    Defendant requests trial by jury of any remaining issues following a ruling on any dispositive motions.

## JURISDICTION AND VENUE

5.    Admitted for the purposes of jurisdiction and venue only; otherwise denied;

6.    Admitted for the purposes of venue only; otherwise denied;

## PARTIES

7.      Admitted for the purposes of jurisdiction and venue only; otherwise denied;

8.      Admitted for the purposes of jurisdiction and venue only; otherwise denied;

9.      Unknown at this time; therefore denied;

10.     Unknown at this time; therefore denied;

11.     Admitted as to Defendant Stellar, otherwise denied;

12.     Denied; Defendant demands strict proof thereof;

13.     Denied; Defendant demands strict proof thereof;

14.     Admitted as to Defendant Stellar, otherwise denied;

15.     Admitted as to Defendant Stellar, otherwise denied;

16.     Denied; Defendant demands strict proof thereof;

## COUNT I- STELLAR RECOVERY SERVICES
## THE FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA")

17.     Defendant re-alleges its response to paragraphs 1 through 16 above as if fully stated herein;

18.     Denied; Defendant demands strict proof thereof;

19.     Denied; Defendant demands strict proof thereof;

## COUNT II- STELLAR RECOVERY SERVICES
## THE FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA")

20.     Defendant re-alleges its response to paragraphs 1 through 19 above as if fully stated herein;

21.     Denied; Defendant demands strict proof thereof;

## COUNT III- STELLAR RECOVERY SERVICES
## THE FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA")

22.     Defendant re-alleges its response to paragraphs 1 through 21 above as if fully stated

herein;

23.     Denied; Defendant demands strict proof thereof;

24.     Denied; Defendant demands strict proof thereof;

## COUNT IV- STELLAR RECOVERY SERVICES
## THE FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA")

25.     Defendant re-alleges its response to paragraphs 1 through 24 above as if fully stated

herein;

26.     Denied; Defendant demands strict proof thereof;

27.     Denied; Defendant demands strict proof thereof;

## COUNT V- STELLAR RECOVERY SERVICES
## THE FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA")

28.     Defendant re-alleges its response to paragraphs 1 through 27 above as if fully stated

herein;

29.     Denied; Defendant demands strict proof thereof;

30.     Denied; Defendant demands strict proof thereof;

## COUNT VI- STELLAR RECOVERY SERVICES
## FLORIDA'S CONSUMER COLLECTION PRACTICES ACT ("FCCPA")

.       Defendant re-alleges its response to paragraphs 1 through 30 above as if fully stated

herein;

(N/A)   Denied; Defendant demands strict proof thereof;

31.     Denied; Defendant demands strict proof thereof;

## COUNT I- COMCAST COMMUNICATIONS
## FLORIDA'S CONSUMER COLLECTION PRACTICES ACT ("FCCPA")

.       Defendant re-alleges its response to paragraphs 1 through 31 above as if fully stated

herein;

3

(N/A)  The allegations in this paragraph are asserted against a Defendant other than Defendant Stellar and therefore no response is necessary. However, to the extent that the allegations are asserted directly or indirectly against Defendant Stellar, the allegations are denied; Defendant demands strict proof thereof;

32 .    The allegations in this paragraph are asserted against a Defendant other than Defendant Stellar and therefore no response is necessary. However, to the extent that the allegations are asserted directly or indirectly against Defendant Stellar, the allegations are denied; Defendant demands strict proof thereof;

## JURY DEMAND

The Defendant demands trial by jury of any remaining issues of fact or law following any ruling on Defendant's dispositive motions.

## AFFIRMATIVE DEFENSES

First Affirmative Defense

1.    Defendant affirmatively alleges that the alleged actions of the Defendant and its agents and employees are protected by the "bona fide error" defense pursuant to the Fair Debt Collection Practices Act and/or Florida Consumer Collection Practices Act, *§559.55 et seq.* since such actions or inactions, if they occurred, were not intentional and resulted from a bona fide error notwithstanding the Defendant's maintenance of procedures reasonably adapted to avoid such an errors.

Second Affirmative Defense

2.    Defendant affirmatively alleges that to the extent that any allegations exceed one (1) year under the Fair Debt Collection Practices Act from the date of filing the Complaint, such claims or allegations are barred by the respective statute of limitations..

4

Third Affirmative Defense

3.    Defendant affirmatively alleges that the Plaintiffs failed to mitigate his damages, if any, in this case.

Fourth Affirmative Defense

4.    Defendant affirmatively alleges that the Defendant lacked the requisite actual knowledge to violate Section 1692c(a)(2) and/or Section 559.72(9) Fla. Stat.

<u>**CERTIFICATE OF SERVICE**</u>

**I  HEREBY  CERTIFY** that a copy of the foregoing has been electronically filed on

**December 31, 2012,** I electronically filed the foregoing with the Clerk of the Court by using the

CM/ECF system, which Notice will be electronically mailed to:

J. Dennis Card, Esquire
DCard@Consumerlaworg.com
CONSUMER LAW ORGANIZATION, PA
2501 Hollywood Blvd., Suite 100
Hollywood, Florida 33020
Tel. 954-921-9994
Attorneys for Plaintiff

Jaime A. Bianchi, Esquire
jbianchi@whitecase.com
Sheldon A. Philp, Esquire
sphilp@whitecase.com
WHITE & CASE, LLP
Southeast Financial Center
200 South Biscayne Blvd., Ste. 4900
Miami, FL 33131-2352
Attorneys for Comcast Cable Communications,
LLC


**/s/ Ernest H. Kohlmyer, III**
Ernest H. Kohlmyer, III, Esquire
Florida Bar Number: 0110108
URBAN, THIER, FEDERER & CHINNERY, P.A.
200 South Orange Avenue, Suite 2000
Orlando, Florida 32801
(407) 245-8352
(407) 245-8361  (fax)
kohlmyer@urbanthier.com
Attorneys for Defendant, Stellar Recovery, Inc.