UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-62552-CIV-LENARD/O'SULLIVAN

MALINDA GRIFFIN,

    Plaintiff,

vs.

COMCAST CABLE COMMUNICATIONS, LLC
and STELLAR RECOVERY, INC.,

    Defendants.

_____/

**NOTICE OF PENDENCY OF RELATED ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or in any other Federal or State court, or administrative agency as indicated below:

__X___   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will send a copy of this NOTICE OF PENDENCY OF RELATED ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: January 8, 2013                  Respectfully submitted,

                                               s/ J. Dennis Card, Jr._____
                                               J. Dennis Card, Jr., Esq.
                                               Florida Bar No. 0487473
                                               E-mail: Dcard@Consumerlaworg.com

Consumer Law Organization, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

s/ J. Dennis Card, Jr.

## SERVICE LIST

Jaime A. Bianchi, Esq.
Florida Bar No.: 908533
Email: jbianchi@whitecase.com
Sheldon A. Philp, Esq.
Florida Bar No.: 020123
Email: sphilp@whitecase.com
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Attorneys for Defendant
Comcast Cable Communications, LLC

Ernest H. Kohlmyer, III, Esq.
Florida Bar No.: 0110108
Email: kohlmyer@urbanthier.com
URBAN, THEIR, FEDERER & CHINNERY, P.A.
200 South Orange Avenue, Suite 2000
Orlando, Florida 32801
Telephone: (407) 245-8352
Facsimile: (407) 245-8361
Attorneys for Defendant
Stellar Recovery, Inc.
Service via CM/ECF